IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAYDEE PUJALS ) | |
| Plaintiff, ) | |
| ) | C.A. 05-11227-MLW |
| v. ) | |
| ) | |
| NEW CENTURY MORTGAGE CORPORATION ) | |
| dba THE ANYLOAN COMPANY ) | |
| Defendant. ) | |
| _____ ) | |

## DISMISSAL STIPULATION

    Pursuant to Federal Rules of Civil Procedure 41 (a), the Plaintiff hereby dismisses her complaint against the Defendant, New Century Mortgage Corporation, dba The AnyLoan Company with prejudice.


Respectfully submitted,


/s/Christopher M. Lefebvre, Esq.
BBO # 629056
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)

Attorney for Plaintiff

## CERTIFICATION

I hereby certify that on December 19, 2005 I served a true copy of the foregoing document by electronic filing upon the following:

David M. Rosen, Esq.
Harmon Law Offices, P.C.
PO Box 610389
Newton Highland, MA 02461-0389